1 BENJAMIN B. WAGNER
United States Attorney
2 JILL M. THOMAS
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 (916) 554-2700

**FILED**

MAR 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0068 KJM |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| RUBEN LOUIS VEGA, aka "Rube," | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 3/13/14

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge